PETER A. LINDH (061907)
MARKER E. LOVELL, JR. (208659)
GIBSON ROBB & LINDH LLP
100 First Street, 27th Floor
San Francisco, California 94105
Telephone: (415) 348-6000
Facsimile: (415) 348-6001
Email: plindh@gibsonrobb.com
Email: mlovell@gibsonrobb.com

Attorneys for Plaintiff-in-Limitation
RKK INVESTMENTS LLC

RECEIVED
09 OCT -6 PM 1:23
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CV 09   4752   PJH

| | |
|---|---|
| In the matter of Plaintiff-in-Limitation RKK INVESTMENTS LLC, as owners of F/V STORMBRINGER for exoneration from and/or limitation of liability | Case No.<br><br>[PROPOSED] ORDER DIRECTING ISSUANCE OF NOTICE AND PUBLICATION THEREOF, AND RESTRAINING ORDER |

WHEREAS, this complaint for exoneration from or limitation of liability is being filed simultaneously with this [proposed] order by Plaintiff-in-Limitation RKK INVESTMENTS LLC as owner of F/V STORMBRINGER, wherein Plaintiff-in-Limitation seeks exoneration from or limitation of liability for any and all losses, injuries and/or damages occasioned as a result of the incident aboard the F/V STORMBRINGER resulting in the death of David Morgan on or about March 10, 2009, off the coast of California, and certain other relief; and

WHEREAS, the complaint having stated the facts and circumstances upon which said exoneration or limitation is claimed; and

WHEREAS, it appearing that the claims that may be made against Plaintiff-in-Limitation may be in amounts which will exceed the value of Plaintiff-in-Limitation's interest in the vessel F/V STORMBRINGER for losses, injuries and/or damages said to have been occasioned or incurred in consequence of the aforesaid voyage; and

///

1    WHEREAS, Plaintiff-in-Limitation's surety has given security for damages in costs
2    herein;
3    AND NOW THEREFORE, on application of Gibson Robb & Lindh LLP, counsel for
4    Plaintiff-in-Limitation is hereby:
5    ORDERED that the Clerk of this Court issue a notice forthwith, in the form submitted
6    with this Order, to all persons or entities asserting claims with respect to which the complaint
7    seeks exoneration or limitation, admonishing them to file their respective claims with the Clerk
8    of the Court and serve attorneys for Plaintiff-in-Limitation with a copy thereof within 30 days of
9    the issuance of the notice;
10   AND IT IS FURTHER ORDERED that public notice shall be given by publication
11   thereof in the legal newspaper known as "The Recorder," and that such notice shall be published
12   once a week for four consecutive weeks prior to the date affixed herein for filing of claims;
13   AND IT IS FURTHER ORDERED that not later than the date of the second publication
14   of said notice, Plaintiff-in-Limitation shall mail a copy of said notice to every person or concern,
15   if any, known to have made any claim against Plaintiff-in-Limitation and to decedent at the
16   decedent's last known address and to any person who shall be known to have made a claim on
17   account of such death, as a result of the incident involving the F/V STORMBRINGER on or
18   about March 10, 2009;
19   AND IT IS FURTHER ORDERED that the continued prosecution of any and all suits,
20   actions or proceedings which may already have begun against Plaintiff-in-Limitation in any court
21   whatsoever to recover damages arising out of, or occasioned by, or consequent upon the
22   aforesaid voyage or trip on which the F/V STORMBRINGER was engaged during which David
23   Morgan was lost, and institution or prosecution of any suits, actions or legal proceedings of any
24   nature description whatsoever in any court wheresoever, except in this proceeding for
25   exoneration from or limitation of liability, against Plaintiff-in-Limitation, in respect of any claim
26   or claims arising out of the aforesaid voyager trip on which the F/V STORMBRINGER was then
27   engaged, or otherwise subject to limitation proceeding, be and the same are hereby are stayed and
28   restrained;

AND IT IS FURTHER ORDERED that a certified copy of this order as a restraining order shall be served by certified mail, return receipt requested, on the person or persons, or entity or entities, to be restrained, or to their respective attorneys or representatives;

AND IT IS FURTHER ORDERED that the publication and mailing of copies of the Notice to Claimants, required by Rule F(4), Supplemental Rules for Certain Admiralty and Maritime Claims, Federal Rules of Civil Procedure, shall constitute due notice to all persons asserting claims with respect to which said complaint seeks limitation or exoneration.

IT IS SO ORDERED.

Dated: October 20, 2009    By: 
U.S. District Court Judge
UNITED STATES DISTRICT COURT
Northern District of California

Presented by:

GIBSON ROBB & LINDH LLP

By: _____
Marker E. Lovell, Jr.