PETER A. LINDH (061907)
plindh@gibsonrobb.com
MARKER E. LOVELL, JR. (208659)
mlovell@gibsonrobb.com
GIBSON ROBB & LINDH LLP
100 First Street, 27th Floor
San Francisco, California 94105
Telephone: (415) 348-6000
Facsimile: (415) 348-6001

Attorneys for Plaintiff-in-Limitation
RKK INVESTMENTS LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the matter of Plaintiff-in-Limitation RKK INVESTMENTS LLC, as owners of F/V STORMBRINGER for exoneration from and/or limitation of liability | Case No. CV 09 4752 PJH<br><br>[PROPOSED] ORDER GRANTING PETITION FOR EXONERATION FROM LIABILITY AND JUDGMENT<br><br>Date: March 3, 2010<br>Time: 9:00 a.m.<br>Courtroom: 3 |

Plaintiff-in-Limitation RKK INVESTMENTS LLC's Motion for an Order granting exoneration from liability is came on for hearing before the Honorable Phyllis J. Hamilton on March 3, 2010, in the above-entitled Court. The Court finds that no claims were made to Plaintiff-in-Limitation's complaint for exoneration from and/or limitation of liability within the time period set forth by the Court. Therefore, there are no remaining legally cognizable claims contesting Plaintiff-in-Limitation's right to exoneration from liability. Thus, the Court finds that RKK INVESTMENTS LLC is entitled to judgment as a matter of law. The Court further finds that any claims against Plaintiff-in-Limitation are neither permissible nor necessary. The Court further finds that pursuant to F.R.C.P. Rule 54(b) that there is no reason for delay in entry of judgment.

///

///

1  IT IS HEREBY ORDERED, JUDGED, AND DECREED AS FOLLOWS:

2  Plaintiff-in-Limitation's Motion for an order granting Plaintiff-in-Limitation exoneration
3  from liability for damages, for any and all losses, injuries and/or deaths that occurred on or about
4  March 10, 2009, is granted; and the Clerk is expressly directed to enter judgment in favor of
5  Plaintiff-in-Limitation.

The March 3, 2010 hearing date is VACATED.

7  Dated: _February 12_, 2010

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA