| | |
|---|---|
| 1 | PETER A. LINDH  (061907) |
|   | plindh@gibsonrobb.com |
| 2 | MARKER E. LOVELL, JR.  (208659) |
|   | mlovell@gibsonrobb.com |
| 3 | GIBSON ROBB & LINDH LLP |
|   | 100 First Street, 27th Floor |
| 4 | San Francisco, California  94105 |
|   | Telephone: (415) 348-6000 |
| 5 | Facsimile:  (415) 348-6001 |
| 6 | Attorneys for Plaintiff-in-Limitation |
|   | RKK INVESTMENTS LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| In the matter of Plaintiff-in-Limitation RKK INVESTMENTS LLC, as owners of F/V STORMBRINGER for exoneration from and/or limitation of liability | Case No. CV 09 4752 PJH |
|---|---|
| | [PROPOSED] ORDER GRANTING PETITION FOR EXONERATION FROM LIABILITY AND JUDGMENT |
| | Date:         March 3, 2010 |
| | Time:        9:00 a.m. |
| | Courtroom:  3 |

Plaintiff-in-Limitation RKK INVESTMENTS LLC's Motion for an Order granting exoneration from liability ~~came on for hearing~~ is before the Honorable Phyllis J. Hamilton ~~on March 3, 2010~~, in the above-entitled Court.  The Court finds that no claims were made to Plaintiff-in-Limitation's complaint for exoneration from and/or limitation of liability within the time period set forth by the Court.  Therefore, there are no remaining legally cognizable claims contesting Plaintiff-in-Limitation's right to exoneration from liability.  Thus, the Court finds that RKK INVESTMENTS LLC is entitled to judgment as a matter of law.  The Court further finds that any claims against Plaintiff-in-Limitation are neither permissible nor necessary.  The Court further finds that pursuant to F.R.C.P. Rule 54(b) that there is no reason for delay in entry of judgment.

/ / /

/ / /

IT IS HEREBY ORDERED, JUDGED, AND DECREED AS FOLLOWS:

Plaintiff-in-Limitation's Motion for an order granting Plaintiff-in-Limitation exoneration from liability for damages, for any and all losses, injuries and/or deaths that occurred on or about March 10, 2009, is granted; and the Clerk is expressly directed to enter judgment in favor of Plaintiff-in-Limitation.

The March 3, 2010 hearing date is VACATED.

Dated: February 12, 2010

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA